# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2024

*The Court of Appeals hereby passes the following order:*

## A25I0034. JAMES BRANDON PAUL v. SHERRY DENISE YOUMANS et al.

James Brandon Paul sued Sherry Denise Youmans and S and J Real Estate Company, LLC, seeking specific performance of a real estate contract. The Defendants moved for summary judgment, and the trial court granted the motion. Paul obtained a certificate of immediate review from the ruling and filed this application for interlocutory appeal.

The grant of partial summary judgment on any issue may be appealed directly and immediately. See OCGA § 9-11-56 (h); *Ellis v. Oles*, 364 Ga. App. 133, 133-134 (2) (873 SE2d 251) (2022). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. Paul shall have ten days from the date of this order to file a notice of appeal in the trial court. If

he has already filed a notice of appeal, he need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __10/01/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*